**U.S. Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

---

Undeliverable Address:
Emerald Group Funding
6920 Manasota Key Road
Englewood, FL 34223

**Bankruptcy Case No. 23-53036- JWC – Hero Build Solutions, LLC**

Role type/cr id: 24219597
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

302 Laurel Road East, Unit 102, Nokomis, FL 34272

---

_____/s/ Christopher J. York_____          _____April 27, 2023_____
Signature of Debtor or Debtor's Attorney          Date