UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Hero Build Solutions, LLC | : | CASE NO. 23-53036-jwc |
| | : | |
| | : | CHAPTER 7 |
| Debtor(s). | : | |
| MORGAN HOWARTH | : | |
| | : | |
| Plaintiff(s) | : | |
| v. | : | ADVERSARY NO. |
| Hero Build Solutions, LLC | : | |
| | : | |
| Defendant(s). | : | |

ORDER OF ADMISSION *PRO HAC VICE*

The court having read the Application of ~~for Admission PRO HAC VICE~~ Kerry Steven Culpepper

for admission to practice *pro hac vice* in the above-styled case and it appearing that the

Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

ORDERED that the Application is GRANTED.

This 17th day of May, 2023.

_____
Judge Jeffery W. Cavender
U.S. BANKRUPTCY JUDGE

Kerry Steven Culpepper
70-170 Hualalai Road, Suite B204
Kailua-Kona, HI 96740

Evan Andersen
3372 Peachtree Road, Suite 115
Atlanta, GA 30326

**Hero Build Solutions, LLC**
3225 Shallowford Road
Suite B1000
Marietta, GA 30062

**Chris J. York**
York Gaskill, LLC
1815 Satellite Boulevard
Suite 404
Duluth, GA 30097

**Jason L. Pettie**
Taylor English Duma
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303