# Exhibit "1"

Case 23-53036-jwc Doc 11-1 Filed 04/11/23 Entered 04/11/23 19:09:41    Desc Exhibit 1 - Amended Default Judgment    Page 2 of 2

Case 1:20-cv-04874-SCJ   Document 29   Filed 04/04/22   Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MORGAN HOWARTH,<br><br>                Plaintiff,<br><br>vs.<br><br>HERO BUILD SOLUTIONS, LLC,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-4874-SCJ |

## AMENDED DEFAULT JUDGMENT

The defendant Hero Build Solutions, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Steve C. Jones, United States District Judge, by order dated April 4, 2022, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that judgment is hereby entered in favor of Plaintiff and against Defendant Hero Build Solutions, LLC, and awards the following amounts to Plaintiff: **$301,536.00** in statutory damages for copyright infringement; **$3,892.39** in attorney's fees and costs.

Dated at Atlanta, Georgia this 4th day of April, 2022.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT

                                     By:   s/ S. Gazaway
                                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 4, 2022
Kevin P. Weimer
Clerk of Court


By:   s/ S. Gazaway
       Deputy Clerk