# Exhibit "3"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: HERO BUILD SOLUTIONS, LLC

Debtor.

Case No. 23-53036-jwc

# CREDITOR MORGAN HOWARTH'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND NOTIFICATION OF EXAMINATION TOPICS PURSUANT TO FED. R. BANKR. P. 2004

Creditor MORGAN HOWARTH ("Howarth") requires Debtor HERO BUILD SOLUTIONS, LLC ("Debtor") to produce documents and appear for an examination on October 27, 2023 on 11:30 AM for the below topics at the office of counsel Evan Anderson at below address:

SRIPLAW, P.A.
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326

## I. DEFINITIONS

1. "Person" means any natural person, corporation, partnership, proprietorship, association, governmental entity, agency, group, organization, or group of persons.

25-008

2.      Unless designated otherwise, "Debtor", "you", "your" or "HERO BUILD SOLUTIONS, LLC" refers to Hero Build Solutions, together with any of its attorneys, agents or representatives.

3.      "Tax Returns" refers to those certain complete, filed, and signed federal and/or state income tax returns, including exhibits and attachments thereto.

4.      "Bank Account Statements" refers to those certain bank account statements or other itemized account activity reports, provided by a banking depository in which Debtor held or hold an account, and/or for which Debtor is an authorized signatory or user on such an account, including but not limited to all returned checks or copies of checks and deposits.

5.      As used herein, the term "Identify" or "Describe" or state the "Identity":

(a) when used in reference to a natural person, shall mean to state his or her full name, complete home and business address, employer or business affiliation, and occupation and business position presently held;

(b) when used in reference to a corporation, shall mean to state its full name, its state(s) of incorporation and its principal place of business;

(c) when used in reference to a partnership, shall mean to state its full name, the names of each partner, and its principal place of business;

(d) when used in reference to a person other than an individual, corporation or partnership, shall mean to state its official name, its organizational form, and its address;

(e) when used in reference to an act, action or omission shall mean to state a description of the act, action or omission, the date(s) on which it occurred, where it occurred, the identity of the person or persons performing said act (or, in the case of an omission, the person or persons failing to act), the identity of all persons who have knowledge, information or belief about the act, when the act or omission first became known to you, and the circumstances and manner in which you first obtained such knowledge;

(f) when used in reference to an oral communication shall mean to state the date and nature of the communication, the identity of the communicator and communicate, the subject matter and substance of the communication, whether it was recorded or otherwise memorialized, and the identity of any witness thereto;

(g) when used in reference to a document, shall mean to state the identity of the person(s) who prepared the document, the sender and recipient(s), if any,

3

25-008B

the title or a description of the general name of its subject matter, the day of preparation, the location(s) of each copy and the identity of the present custodian(s), the contents of the document verbatim, and if a privilege is claimed, the specific basis thereof.

6.      As used herein, the term "Document" is used in its broadest sense and includes, without limitation, all items printed, recorded, filmed, reproduced by any process, written or produced by hand, whether an original master or copy, all agreements, communications, correspondence, notes, memoranda, summaries and minutes; records of telephone conversations, meetings and conferences; summaries and records of personal conversations or interviews; books; manuals; publications and diaries; contracts; agreements; deeds, assignments, working papers; books of account; ledger books, note books; vouchers; bank checks; cashier's checks' receipts for cashier's checks; cancelled check stubs; bills; receipts; and any other information containing paper, writing or physical thing.

7.      The singular, plural, masculine, feminine, or neuter form of any noun or pronoun shall be read and be applied as including its other forms, as circumstances may make appropriate.

8.      As used herein, the terms "and" and "or" shall mean and/or.

25-008B

9. As used herein, the term "date" shall mean the exact day, month and year, if ascertainable, or, if not, the best approximation, including relationship to other events.

10. The words "transfers of funds from Debtor" shall mean funds being transferred from the Debtor's possession to a third party such as transferred from Debtor's bank account to the third party or instructing Debtor's customer to pay the third party directly.

## II. DOCUMENT REQUESTS

1. Any and all documents relating to any insurance policies maintained by Debtor for the period commencing January 1, 2019 to the present.

2. Any and all documents relating to any transfers or sales made by Debtor of any real property or personal property for the period of January 1, 2019 to the present.

3. All federal and state income tax returns of Debtor since January 1, 2019 to the present and all documents related thereto including, but not limited to, corresponding audits, letters or requests, liens or claims, bills or invoices for unpaid taxes, payments or any taxes owed, refunds and all other documents related to Debtor's monthly or yearly income from any source, for the period of January 1,

5

25-008B

2019 to the present including, but not limited to, Bank Account Statements, invoices, investment income, etc.

4. Any and all documents that in any way reflect Debtor's financial affairs or represent or indicate the conveyance of any assets that Debtor may have made since January 1, 2019 until the present, including, but not limited to, financial statements or any financial information provided to any lender in connection with obtaining any loan and any and all records, documents, memoranda and correspondence which evidence or relate to the assets and liabilities set forth on any personal financial statement from Jan. 1, 2019 to the present.

5. Any and all documents, including but not limited to, Bank Account Statements, cancelled checks and deposit slips, for all accounts including checking and savings accounts with any banks, savings and loans, credit unions, money markets, brokerage firms or other financial institutions maintained by Debtor, either individually and/or jointly with any other person or entity, or in which Debtor had any interest or held any funds on behalf of itself, or any other entity in which it had an interest, direct or indirect, for the period commencing January 1, 2019 to the present.

6. Any and all records, documents, memoranda and correspondence relating to evidence of property, and interest in property, of every kind and character

whatsoever owned by Debtor individually or with any other person or entity, including but not limited to, the purchase of any real or personal property, any reversionary interests, deeds, stock certificates, bonds, notes, mutual fund shares, corporate agreements, partnership agreements, profit sharing and pension plan statements, savings account passbooks, savings certificates and money market accounts for the period commencing January 1, 2019 to the present.

7. A list of all real property owned by Debtor from January 1, 2019 to the present, which list should include, at least, the following information: owner, date acquired, purchase price, current value, type of property (e.g. vacant lot, commercial building, residential rental, etc.), current status/disposition, transfers, leases, rent or other income.

8. All documents relating to or evidencing Debtor's current and previous gross revenue, including, but not limited to, any service contracts, payroll records, for the period commencing January 1, 2019 to the present.

9. All real or personal property owned by Debtor during from Jan. 1, 2019 to the present, or in which Debtor has an interest, where the purchase price or present value exceeds $500.00, including a detailed description, purchase price, current value, amount of any loan balance against the property, and the location including the county. If the property has been transferred to another person or entity, list the

name, address and telephone number of the transferee, the date of transfer, and the amount paid by transferee.

10. If Debtor owns or owned any property which is leased to another person or entity from Jan. 1, 2019 to the present, documents sufficient to identify the property and provide the lessee's name, address, and phone number, the term of the lease, the amount of lease payments, and the dates that the payments are due.

11. Documents sufficient to show every person or entity which owes money to Debtor in excess of $500.00, including the name, address and phone number, the amount owed, if payments are due, the amount and dates they are due, and the reason the moneys are owed.

12. Documents sufficient to show every person or entity that used the services or products of Debtor averaging more than $100.00 per month, including the address and phone number, the amount billed or purchased each month, and the billing dates from Jan. 1, 2019 to the present.

13. Documents sufficient for showing Debtor's articles of organization and operating agreement from Jan. 1, 2019 to the present.

14. Documents sufficient for showing profit and loss statements for Debtor from Jan. 1, 2019 to the present.

15. Documents sufficient for showing Debtor's balance sheets from Jan. 1, 2019 to the present.

16. Documents sufficient for showing Debtor's inventory lists from Jan. 1, 2019 to the present.

17. Documents sufficient for showing Debtor's customers from Jan. 1, 2019 to the present.

18. Documents sufficient for showing all contractors, subcontractors and employees to which Debtor made payments and/or transferred funds from Jan. 1, 2019 to the present including date and amount of funds.

19. Documents sufficient for showing all contractors, subcontractors and employees to which Debtor transferred real or personal property from Jan. 1, 2019 to the present including date and property description.

20. All communications mentioning or related to the MORGAN HOWARTH and the demand letter associated with the copyright infringement lawsuit from January 1, 2019 to the present.

21. All communications submitted to Debtor's insurer concerning coverage for the MORGAN HOWARTH copyright infringement.

22. All resolutions of Debtor from January 1, 2019 to the present.

25-008B

23. All minutes of annual meetings of Debtor from January 1, 2019 to the present.

24. All contractors, subcontractors and/or employees to which Debtor owes money from January 1, 2019 to the present.

25. The dates and amounts of all transfers of funds or property from Debtor to Sam Ramis from January 1, 2019 to the present.

26. The dates and amounts of all transfers of funds or property from Debtor to Martin Jackson from January 1, 2019 to the present.

27. The dates and amounts of all transfers of funds or property from Debtor to a family member of Sam Ramis from January 1, 2019 to the present.

28. The dates and amounts of all transfers of funds or property from Debtor to a family member of Martin Jackson from January 1, 2019 to the present.

29. All documents submitted to Caymus Funding Inc. for the $80,000 loan indicated in Debtor's petition.

30. All documents submitted to Emerald Group Funding for the $60,000 loan indicated in Debtor's petition.

31. All documents submitted to the trustee in this bankruptcy case.

32. Documents sufficient to identify the projects Debtor had in 2022 including the customer names and project price.

33. Documents sufficient to identify the owner of the website domain herohomessolutions.com from January 1, 2019 to the present.

34. Each and every document related to the home refurbishing project at 2307 Ne 12 St, Fort Lauderdale, FL 33304 including but not limited to the amount paid to Debtor for the project and the bank account into which the payment was deposited.

35. Documents sufficient for showing all outside accountants Debtor employed since January 1, 2019.

36. Each and every document showing transfer of funds or property from Debtor to Hero Builders and Development Group LLC from January 1, 2019 to the present.

37. Each and every document showing any projects transferred from Debtor to Hero Builders and Development Group LLC.

38. Each and every document showing any customers transferred from Debtor to Hero Builders and Development Group LLC.

25-008B

39. Document sufficient to show common employees, contractors and subcontractors of Debtor and Hero Builders and Development Group LLC.

40. Document sufficient to show common customers of Debtor and Hero Builders and Development Group LLC.

41. Document sufficient to show common officers of Debtor and Hero Builders and Development Group LLC.

## III. EXAMINATION TOPICS

1. The topics in each of the requests above.

2. Debtor's relationship with Hero Builders and Development Group LLC.

DATED: Sept. 8, 2023.

/s/ *Evan A. Andersen*
Evan A. Andersen
Georgia Bar No. 377422
SRIPLAW, P.A.
12 Powder Springs Street, Suite 200
Marietta, GA 30064
evan.andersen@sriplaw.com


Kerry S. Culpepper, Esq.
(Admitted Pro Hac Vice)
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

12

25-008B

Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
*Attorneys for Plaintiffs*