# Exhibit "4"

## kculpepper culpepperip.com

| | |
|---|---|
| **From:** | Chris York <chrisyork@yorkgaskill.com> |
| **Sent:** | Wednesday, August 16, 2023 5:20 AM |
| **To:** | kculpepper culpepperip.com |
| **Cc:** | Lyn-Marie Kersey; evan.andersen@sriplaw.com; joel@sriplaw.com; jpettie@taylorenglish.com |
| **Subject:** | RE: 23-53036-jwc, In Re Hero Build Solutions |

Thanks for the note.  As you may recall, the Judge withheld ruling on the "interrogatory" that sought records (No. 10).

I have checked in and my client is not going to consent to a 2004 exam and your doc requests.   However, we don't exactly have a budget to fight you here, so I am not certain we will object once we see what you have in mind.  So assuming that the Trustee does not object, and assuming that your motion to take the 2004 exam and for records is granted here, I have no problem producing any records we have produced to the Trustee, and getting a date for the exam set.  As to dates, I am hoping for late October, the week of October the 23rd would be ideal.  We can work around your time change issues if we were to start at say 2 p.m. EST, which translates to 8 a.m. Honolulu time.  I have personal vacation plans in November (which I trust you will respect), but the last full week of October, 2023 should work well.    If not, then perhaps in the first week or two of December after Thanksgiving?

Best regards,

Christopher J. York, Esq.

**York Gaskill, LLC**
1815 Satellite Boulevard, Suite 404
Duluth, GA 30097
chrisyork@yorkgaskill.com
www.yorkgaskill.com
Direct: 770.817.4939
Main: 678.697.6789
Fax: 678.530.1088

*"Justice too long delayed is justice denied."*  Dr. Martin Luther King, Jr.



This message originates from the law firm of York Gaskill, LLC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of York Gaskill, LLC. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately.

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Thursday, August 10, 2023 4:20 PM
**To:** Chris York <chrisyork@yorkgaskill.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>; evan.andersen@sriplaw.com; joel@sriplaw.com; jpettie@taylorenglish.com
**Subject:** RE: 23-53036-jwc, In Re Hero Build Solutions

Mr. York,

Thanks for your concerns.  The Wildfires are on a different island (Hawaii) from where the main fires were (Maui) so I am fine.  The destruction of that town in Maui is a tragedy.
I corrected case number in the subject of this email.
I disagree with what you say about the 20-CV-04874-SCJ matter.  As shown in attached DE29, the Court ordered Defendant Hero to fully respond to interrogatory 5-9 within 10 days, but stayed the order because of the bankruptcy.  We still have not received copies of the tax returns and annual profit loss statements for the previous years as requested.  We will also be requesting documents concerning payment records for the previous 4 years.   If you disagree with the scope of these requests, please let me know and I can send a formal request.  Of course these documents would be needed ahead of the examination so that it could proceed efficiently.

Best regards,
/ksc/
Kerry S. Culpepper

---

**From:** Chris York <chrisyork@yorkgaskill.com>
**Sent:** Thursday, August 10, 2023 9:57 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>; evan.andersen@sriplaw.com; joel@sriplaw.com; jpettie@taylorenglish.com
**Subject:** RE: Howarth, Morgan v. Ramis, Sam, 1:23-cv-02627-LMM

As we discussed previously, I cannot help you with the case you reference here, Howarth v. Ramis (individually) 23-CV-02627-LMM, and I cannot accept service on behalf of Mr. Ramis individually because I do not represent him individually.   I believe you can set a Rule 2004 examination in 23-53036-JWC, but to the extent it is appropriate, it will be limited to matters associated with the business, not your separate suit against Mr. Ramis.  I will check in with my client, Hero Build Solutions, LLC , and with the Trustee and hopefully get you dates.   Again, we cannot help you with any individual questions or records.

On any document requests I believe we responded to your requests in 20-CV-04874-SCJ, prior to the bankruptcy matter.   And I recall that the Judge there limited your requests, so I expect you have the records.  The only exception that I wonder about is whether you have the insurance documents relevant to Hero Build Solutions, LLC.  I believe that those may have arisen after the Trustee became involved, and I don't know if you have them or not from the Trustee.  I think you would need the Trustee's help and cooperation in that regard, if he chooses to pursue an insurance claim, so I am copying him on this email.

Thank you and I hope you are doing OK with the wildfires we are reading about here.   I worry when I get emails time stamped at 1:00 a.m.

Best regards,

Christopher J. York, Esq.

**York Gaskill, LLC**
1815 Satellite Boulevard, Suite 404
Duluth, GA 30097
chrisyork@yorkgaskill.com
www.yorkgaskill.com
Direct: 770.817.4939
Main: 678.697.6789

2

Fax: 678.530.1088

*"Justice too long delayed is justice denied."* Dr. Martin Luther King, Jr.



This message originates from the law firm of York Gaskill, LLC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of York Gaskill, LLC. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately.

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Thursday, August 10, 2023 1:09 AM
**To:** Chris York <chrisyork@yorkgaskill.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>; evan.andersen@sriplaw.com; joel@sriplaw.com
**Subject:** RE: Howarth, Morgan v. Ramis, Sam, 1:23-cv-02627-LMM

Hello Mr. York,
I am meeting and conferring with you per BLR 2004-1.
We wish to conduct a Rule 2004 examination of Mr. Ramis as representative of Hero Build Solutions in the ND GA and serve document request.
Please let me know if Hero consents to a Rule 2004 document requests and an examination and, if so, potential days in September and October that Mr. Ramis is available.
Best regards,
/ksc/
Kerry S. Culpepper


--
Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
Tel 1-808-464-4047

*******************************************************************
This message is intended only for the use of the entity to which it is addressed and may contain confidential and privileged information.
If the reader of this message is not the intended recipient, kindly delete this message and notify the sender.
*******************************************************************