UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: HERO BUILD SOLUTIONS, LLC<br><br>Debtor. | Case No. 23-53036-jwc |

ORDER GRANTING CREDITOR MORGAN HOWARTH'S MOTION FOR EXAMINATION OF DEBTOR PURSUANT TO FED. R. BANKR. P. 2004

The motion of Creditor MORGAN HOWARTH ("Movant") for an order authorizing the examination of HERO BUILD SOLUTIONS, LLC ("Debtor") pursuant to Rule 2004 having been read and considered, it is

ORDERED that the motion is GRANTED to permit that examination in accordance with Fed. R. Bankr. P. 2004(b) and that the Debtor, HERO BUILD SOLUTIONS, LLC, shall appear for examination by Movant at: SRIPLAW, P.A. 3355 Lenox Road NE, Suite 750 Atlanta, GA 30326 at October 27, 2023 on 11:30 AM, or at a mutually agreed time.

**IT IS FURTHER ORDERED** that, subject to timely objection, the Debtor, in an orderly fashion, shall produce at said examination the records and documents listed in the foregoing Motion at least five (5) business days prior to the Examination.

**END OF DOCUMENT**