**IT IS ORDERED as set forth below:**

**Date: September 18, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HERO BUILD SOLUTIONS, LLC, | ) | |
| | ) | Case No. 23-53036-jwc |
| Debtor. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF DEBTOR

This matter having come before the Court on the Motion for Rule 2004 Examination of Debtor (the "Motion") [Doc. No. 10] filed by Morgan Howarth, in the above-styled case; the Court having read and considered the Motion; and for good cause shown; it is hereby **ORDERED** that such Motion is granted to permit, pursuant to Fed. R. Bankr. P. 2004(b), the examination of Debtor at a mutually agreed time and place. If the parties cannot agree on a mutual time, place, and scope for the production of

documents and examination authorized by this Order, such production and examination may be compelled pursuant to Fed. R. Bankr. P. 2004(c) and 9016, subject to the protections afforded to a party subject to a subpoena under Fed. R. Civ. P. 45(d).

**END OF DOCUMENT**

**DISTRIBUTION LIST**

**Hero Build Solutions, LLC**
3225 Shallowford Road
Suite B1000
Marietta, GA 30062

**Chris J. York**
York Gaskill, LLC
1815 Satellite Boulevard
Suite 404
Duluth, GA 30097

**Jason L. Pettie**
Taylor English Duma
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Evan A. Andersen
SRIPLAW, P.A.
12 Powder Springs Street, Suite 200
Marietta, GA 30064

Caymus Funding Inc.
3550 George Busbee Pkwy. NW
Suite 225
Kennesaw, GA 30144

Emerald Group Funding
6920 Manasota Key Road
Englewood, FL 34223

U.S. Small Business Admin
14925 Kingsport Road
Fort Worth, TX 76155

Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, HA 96740

**United States Trustee**
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303