**IT IS ORDERED as set forth below:**

**Date: September 19, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-53036-JWC |
| HERO BUILD SOLUTIONS, LLC, | CHAPTER 7 |
| Debtor. | |

## ORDER AND NOTICE OF HEARING

**THIS MATTER** is before the Court *sua sponte*.

It is **ORDERED** that the Court's Order Granting Motion for Rule 2004 Examination of Debtor (Doc. No. 12) is **VACATED**.

**IT IS FURTHER ORDERED, AND PLEASE TAKE NOTICE,** that the Court will hold a hearing on Creditor Morgan Howarth's Motion for Examination of Debtor Pursuant to Fed. R. Bankr. P. 2004 (Doc. No. 10) in Courtroom **1203**, United

1

States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA, at **11:00 a.m.**, on the **5th** day of **October, 2023**.

All parties in interest may attend in person or via the Court's Virtual Hearing Room. Please check the "Dial−In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, for more information and instructions on how to participate in Court hearings.

The Clerk is directed to serve a copy of this Order and Notice of Hearing on Debtor, Debtor's counsel, counsel of record for Morgan Howarth, and the Chapter 7 Trustee.

**END OF DOCUMENT**