# Exhibit "5"

## kculpepper culpepperip.com

| | |
|---|---|
| **From:** | Chris York <chrisyork@yorkgaskill.com> |
| **Sent:** | Thursday, September 14, 2023 10:13 AM |
| **To:** | kculpepper culpepperip.com; Jason Pettie; Evan Andersen |
| **Cc:** | Lyn-Marie Kersey; Stella Preston |
| **Subject:** | RE: 23-53036 Hero Build Solutions LLC |

Well, you are missing the obvious, which is why we handle Court proceedings virtually here in Georgia in the first place.   Rather than creating a long email back and forth, we will file a formal objection to your motion for the 2004 exam and requests.   Regret that we were unable to resolve our differences.

Best regards, Chris.

Christopher J. York, Esq.

**York Gaskill, LLC**
1815 Satellite Boulevard, Suite 404
Duluth, GA 30097
chrisyork@yorkgaskill.com
www.yorkgaskill.com
Direct: 770.817.4939
Main: 678.697.6789
Fax: 678.530.1088

"Justice too long delayed is justice denied."  Dr. Martin Luther King, Jr.



This message originates from the law firm of York Gaskill, LLC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of York Gaskill, LLC. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately.

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Thursday, September 14, 2023 4:06 PM
**To:** Chris York <chrisyork@yorkgaskill.com>; Jason Pettie <jpettie@taylorenglish.com>; Evan Andersen <evan.andersen@sriplaw.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>; Stella Preston <stellapreston@yorkgaskill.com>
**Subject:** RE: 23-53036 Hero Build Solutions LLC

Hello Chris,

Thanks for your time.  I again apologize for being late for the meeting.
You objected to an in-person deposition.
The reasons you gave were:
(1) your assistant is more than 30 miles away from the proposed location.
(2) you believe it would be more customary to do the deposition at your office.
(3) You accused me of only requesting an in person deposition because we wish to serve Mr. Ramis.
(4) You said it would be more convenient for me to do the deposition remotely.

1

Regarding (1) and (2), I proposed to have the deposition at your office or a locations near your assistant. You declined.
Regards (3), I proposed that we agree not to serve Mr. Ramis during the deposition. You declined and said we would follow him.
I then proposed to stipulate that we would not serve him the day of the deposition. You declined that offer as well.
I noted that you did not even tell me who would be the company representative.
Regarding (4), I pointed out repeatedly that my co-counsel Evan in Georgia will conduct the deposition.

We agreed that if Mr. Ramis is the party to be deposed, he would not be asked questions in his personal capacity. I just clarified that I may have questions about any assets transferred from the company to him personally.

We disagreed on tax returns. I requested the 2019 year tax returns as well. You indicated that you objected.

I agreed that we are not requesting Mr. Ramis' personal tax returns – subject to your statement that he did not use Hero as a pass-through entity.

Regards – KSC


--
Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
Tel 1-808-464-4047

**********************************************************************
This message is intended only for the use of the entity to which it is addressed and may contain confidential and privileged information.
If the reader of this message is not the intended recipient, kindly delete this message and notify the sender.
**********************************************************************


**From:** Chris York <chrisyork@yorkgaskill.com>
**Sent:** Thursday, September 14, 2023 9:39 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>; Jason Pettie <jpettie@taylorenglish.com>; Evan Andersen <evan.andersen@sriplaw.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>; Stella Preston <stellapreston@yorkgaskill.com>
**Subject:** Re: 23-53036 Hero Build Solutions LLC

Are you planning to join the zoom call Mr. Culpepper? Thank you.

Sent from my iPhone

> On Sep 14, 2023, at 9:29 AM, Chris York <chrisyork@yorkgaskill.com> wrote:
>
> Sure, that works for me. I will leave the zoom invite the same.

2

Thank you.

Christopher J. York, Esq.

**York Gaskill, LLC**
1815 Satellite Boulevard, Suite 404
Duluth, GA 30097
chrisyork@yorkgaskill.com
www.yorkgaskill.com
Direct: 770.817.4939
Main: 678.697.6789
Fax: 678.530.1088

*"Justice too long delayed is justice denied."*  Dr. Martin Luther King, Jr.



This message originates from the law firm of York Gaskill, LLC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of York Gaskill, LLC. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately.

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Thursday, September 14, 2023 8:18 AM
**To:** Chris York <chrisyork@yorkgaskill.com>; Jason Pettie <jpettie@taylorenglish.com>; Evan Andersen <evan.andersen@sriplaw.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>
**Subject:** Re: 23-53036 Hero Build Solutions LLC

Can we move this to 3:30 pm (9:30 am my time)? I have to handle something at 9 am that may take 15-30 mins.
Ksc

Get Outlook for iOS

**From:** Chris York <chrisyork@yorkgaskill.com>
**Sent:** Tuesday, September 12, 2023 1:59:10 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>; Jason Pettie <jpettie@taylorenglish.com>; Evan Andersen <evan.andersen@sriplaw.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>
**Subject:** RE: 23-53036 Hero Build Solutions LLC

We are on for Thursday, September 14 at 3 pm ET.

Debtor's agenda for the meet and confer:

**1. Debtor's objection to location/method of examination.   Can we do the 2004 by Zoom like every other Court hearing/event?
2. Debtor's objection to scope of doc requests, which far exceed what Judge Jones ordered on 3/31/2023.   Can we narrow?**

Zoom link is here:

Join Zoom Meeting
https://us02web.zoom.us/j/84579266468?pwd=dDdwK2VPRjR0RnA3dTZmZittV0c2QT09

Meeting ID: 845 7926 6468
Passcode: 282848

---

One tap mobile
+16469313860,,84579266468#,,,,*282848# US
+19294362866,,84579266468#,,,,*282848# US (New York)

---

Dial by your location
• +1 646 931 3860 US
• +1 929 436 2866 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US

Meeting ID: 845 7926 6468
Passcode: 282848

Find your local number: https://us02web.zoom.us/u/kdLVgZ3Uqp


Christopher J. York, Esq.

**York Gaskill, LLC**
1815 Satellite Boulevard, Suite 404
Duluth, GA 30097
chrisyork@yorkgaskill.com
www.yorkgaskill.com
Direct: 770.817.4939
Main: 678.697.6789
Fax: 678.530.1088

*"Justice too long delayed is justice denied."* Dr. Martin Luther King, Jr.



This message originates from the law firm of York Gaskill, LLC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of York Gaskill, LLC. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately.

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Monday, September 11, 2023 11:15 PM
**To:** Chris York <chrisyork@yorkgaskill.com>; Jason Pettie <jpettie@taylorenglish.com>; Evan Andersen <evan.andersen@sriplaw.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>
**Subject:** RE: 23-53036 Hero Build Solutions LLC

Hello Chris,
Yes we filed today.  I was emailing you a courtesy copy ahead of filing.
Let me know what times after Thursday 3 pm ET are good for you.
Regards - KSC

**From:** Chris York <chrisyork@yorkgaskill.com>
**Sent:** Monday, September 11, 2023 5:40 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>; Jason Pettie <jpettie@taylorenglish.com>; Evan Andersen <evan.andersen@sriplaw.com>
**Cc:** Lyn-Marie Kersey <lynkersey@yorkgaskill.com>
**Subject:** RE: 23-53036 Hero Build Solutions LLC

Hello, good morning.

Are you saying that you already filed this, (or that you sent this in the mail to be filed), or that you are proposing this?   If the former, no question that we will have objections to the scope of these requests, and also the designated location (your office and in person rather than remote).   If the latter, are you available to meet and confer to discuss the problems with scope, location/method, so we can narrow this appropriately?

I am available this Wednesday or Thursday after lunch.   My Thursday morning hearing could go long though so maybe after 2 p.m. Thursday.

Thank you all, Chris.

Christopher J. York, Esq.

**York Gaskill, LLC**
1815 Satellite Boulevard, Suite 404
Duluth, GA 30097
chrisyork@yorkgaskill.com
www.yorkgaskill.com
Direct: 770.817.4939
Main: 678.697.6789
Fax: 678.530.1088

*"Justice too long delayed is justice denied."*  Dr. Martin Luther King, Jr.

5



This message originates from the law firm of York Gaskill, LLC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of York Gaskill, LLC. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately.

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Saturday, September 9, 2023 5:50 PM
**To:** Jason Pettie <jpettie@taylorenglish.com>; Evan Andersen <evan.andersen@sriplaw.com>
**Cc:** Chris York <chrisyork@yorkgaskill.com>
**Subject:** RE: 23-53036 Hero Build Solutions LLC

Dear Jason Pettie (Trustee) and Chris York (Counsel for Debtor),
I have attached a courtesy copy of a motion for Rule 2004 exam that will be filed and sent by first class mail.
Regards,
/ksc/
Kerry Culpepper


--
Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
Tel 1-808-464-4047

******************************************************************
This message is intended only for the use of the entity to which it is addressed and may contain confidential and privileged information.
If the reader of this message is not the intended recipient, kindly delete this message and notify the sender.
******************************************************************